IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
COMPASS BANK, d/b/a BBVA         :
COMPASS,                         :
                                 :
     Interpleader Plaintiff,     :
                                 :
vs.                              :
                                 :    CIVIL ACTION 15-0505-CG-M
PATRICK J. BUTTELL, et al.,      :
                                 :
     Defendants.                 :
```

REPORT AND RECOMMENDATION

The Motion to Remand filed by Interpleader Plaintiff Compass Bank, d/b/a BBVA Compass (Doc. 5), has been referred to the undersigned for report and recommendation, under 28 U.S.C. § 636(b)(1)(B) and S.D.Ala. Gen.L.R. 72(a).  In removing this action, Defendant, the United States of America on behalf of the Internal Revenue Service, invoked jurisdiction pursuant to 28 U.S.C. §§ 1442(a)(1) and/or 1444 (Doc. 1).  After consideration, it is recommended that Interpleader Plaintiff's Motion be granted (Doc. 5).

In the Motion to Remand, Compass Bank asserts that USA's removal of this action was untimely made and, therefore, improper (Doc. 5).  Though Interpleader Defendant USA admits no fault, it does consent to the Motion to Remand (Doc. 7).

Therefore, it is recommended that the Motion to Remand

1

(Doc. 5) be granted and that this action be remanded back to the Circuit Court of Baldwin County, Alabama for all further proceedings.

## NOTICE OF RIGHT TO FILE OBJECTIONS

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court.  *See* 28 U.S.C. § 636(b)(1); FED.R.CIV.P. 72(b); S.D. ALA. L.R. 72.4. The parties should note that under Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice."  11th Cir. R. 3-1.  In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's report and

recommendation where the disputed determination is found.  An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.

　　DONE this 29th day of October, 2015.


　　　　　　　　　　　　　　s/BERT W. MILLING, JR.
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE