IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COMPASS BANK, d/b/a BBVA COMPASS, | ) ) ) |
| Interpleader Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 15-0505-CG-M ) |
| PATRICK J. BUTTELL, et al., | ) ) ) |
| Interpleader Defendant. | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion to Remand be **GRANTED** and that this action be **REMANDED** back to the Circuit Court of Baldwin County for all further proceedings.

**DONE and ORDERED** this 20th day of November, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE